## Grover Haines, Appellee, v. Joe Welty and Joe Bianchini, Appellants.

opinion filed May 31, 1941. R. W. Harris and L. A. Colp, for appellants; D. L. Duty and Snyder E. Herrin, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."